UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| GAME CONTROLLER TECHNOLOGY LLC, <br><br>       Plaintiff, <br><br>      v. <br><br> SONY COMPUTER ENTERTAINMENT AMERICA LLC, ET AL., <br><br>       Defendants. | **Case No.: 3:14-cv-00278-SI** <br><br> ~~**[PROPOSED**~~**] ORDER GRANTING STIPULATED MOTION TO DISMISS** <br><br> Hon. Susan Illston |

CAME ON THIS DAY for consideration the Stipulated Motion to Dismiss all claims asserted by Plaintiff, Game Controller Technology LLC, against Defendant, Sony Corporation of America, in this case, and the Court being of the opinion that said motion should be GRANTED, it is hereby

ORDERED, ADJUDGED, AND DECREED that all claims asserted by Plaintiff, Game Controller Technology LLC, against Defendant, Sony Corporation of America, are hereby dismissed without prejudice.

It is further ORDERED that all costs, expenses and attorneys' fees are to be borne by the party that incurred them.

Dated: _____     4/10/14

_____
The Honorable Susan Illston
United States District Judge
Northern District of California